USCA1 Opinion

 

 December 20, 1993 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-1530 SYSTEMS EXPERIENCE INTERNATIONAL, INC., Plaintiff, Appellant, v. INFORMATION BUILDERS, INC., Defendant, Appellee. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ _________________________ Before Torruella, Selya and Stahl, Circuit Judges. ______________ _________________________ Patrick D. O'Neill, with whom Martinez, Odell & Calabria was __________________ __________________________ on brief, for appellant. Joseph H. Einstein with whom Irwin Zemen and Goodkind ___________________ ____________ ________ Labaton Rudoff & Sucharow were on brief, for appellee. _________________________ _________________________ _________________________ Per Curiam. We have indicated before that, when a Per Curiam. ___________ district court produces a scholarly opinion that reaches the correct result, a reviewing court should not write at length merely to put matters in its own words. See, e.g., In re San ___ ____ __________ Juan Dupont Plaza Hotel Fire Litig., 989 F.2d 36, 38 (1st Cir. ____________________________________ 1993). So it is here. We agree with the court below that, in this case, there is no genuine issue as to any material fact, and that plaintiff's case fails as a matter of law. We, therefore, summarily affirm the judgment below for substantially the reasons articulated in the district court's comprehensive and well- reasoned rescript, see Systems Experience Int'l, Inc. v. ___ _________________________________ Information Builders, Inc., Civ. No. 91-1834 (D.P.R. Apr. 15, ___________________________ 1993). Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ 2